AO 240A  (Rev. 1/94)

# UNITED STATES DISTRICT COURT

**District of** MINNESOTA

| | |
|---|---|
| Roger Davis,<br>Plaintiff<br><br>V.<br><br>Joseph Holsapple, et al,<br>Defendants | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br>CASE NUMBER:  13-CV-2150 (JRT/LIB) |

Having considered the applications to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application [Docket No. 2] is:

☒  GRANTED.

    ☒  The clerk is directed to file the complaint.

    ☒  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

ENTER this    12th    day of    August   ,   2013   .

s/Leo I. Brisbois
Signature of Judicial Officer

Leo I. Brisbois, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer