AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Roger Davis,

        *Plaintiff,*

v.                           Case No. 0:13–cv–02150–JRT–LIB

Joseph Holsapple, et al.,

        *Defendant.*

RECEIVED OCT 22 2013 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

## SUMMONS IN A CIVIL ACTION

To: Pike Bay Township

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Peter J Nickitas
        431 S 7th Street, Suite 2446
        Minneapolis, MN
        55415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*      By:

                                          Signature of Clerk or Deputy Clerk

                                          Katie Thompson

SCANNED OCT 22 2013 U.S. DISTRICT COURT MPLS

Date of Issuance: August 13, 2013

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Rogers K. Davis, Jr. | 13-CV-2150 JRT/LIB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Joseph Holsapple, Cass County, Joseph Zebro, Rke Bay Twp. | Personal |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

CHAIR → County Commissioner, Cass County Courthouse, 303 Minnesota Ave, Walker, MN 56484

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
303 Minnesota Ave., Walker, MN 56484

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Peter J. Nickitas
Peter J. Nickitas Law Office, LLC
431 S. 7th St., Suite 2446
P.O. Box 15221
Minneapolis, MN 55415-0221

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

1st Dist. Comm'r: Neal Gaalswyk, 11745 Maplewood Dr East, Gull Lake, MN 56401
2nd Dist. Comm'r: Robert Kangas, 3921 40th Ave SW, Pine River, MN 56474
3rd Dist. Comm'r: Jeff Peterson, 2858 32nd Ave NW, Hackensack, MN 56452
4th Dist. Comm'r: James Dowson, 6325 Pinecone Ln NW, Walker, MN 56484
CHAIR → 5th Dist. Comm'r: Dick Downham, 7844 24th Ave NE, Boy River, MN 56672

Commissioners meet on 1st & 3rd Tues. ea. month at 9:00 AM

Signature of Attorney or other Originator requesting service on behalf of:
*Peter J. Nickitas*   ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 651.238.3445
DATE: 29 Aug 13

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 41 | 41 | [signed] B | 9.19.13 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Cass Co. County Administrator Robert Yochum

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Cass Co. Courthouse
303 Minnesota Ave. W.
Walker, MN 56484

Date of Service: 09/30/2013
Time: 1:15 pm
Signature of U.S. Marshal or Deputy: [signed] Tim D. Farron

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:
09/30/2013 See 12-CV-2150 "Joseph Holsapple" for total DUSM hours & R/T mileage, TDL
See fees on

**PRIOR EDITIONS MAY BE USED** — 1. **CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**PLAINTIFF:** Rogers K. Davis, Jr.
**COURT CASE NUMBER:** 13-CV-2150 JRT/LIB
**DEFENDANT:** Joseph Holsapple, Cass County, Joseph Zebro, Pike Bay Twp.
**TYPE OF PROCESS:** Personal

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:** Pike Bay Twp. Clerk

**ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):** 15514 St. 371 N.W., P.O. Box 355, Cass Lake, MN 56633  218.335.2071

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
Peter J. Nickitas
Peter J. Nickitas Law Office, LLC
431 S. 7th St., Suite 2446
P.O. Box 15221
Minneapolis, MN 55415-0221

**Number of process to be served with this Form - 285:** 1
**Number of parties to be served in this case:** 4
**Check for service on U.S.A.:**

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Pike Bay Twp. meetings are held monthly on 2nd Tuesday of each month at 7:00 p.m. Supervisor 1 is Larry Glass, 6360 U.S. 2 NW, Cass Lake MN 56633, 218.335.8412. Supervisor 2 is Linda Barsness, 14862 73rd Ave NW, Cass Lake, MN 56633, 218.335.8932, Supervisor Chair is Stephanie Lueth, 14984 State 371 NW, Cass Lake, MN 56633, 218.335.2467. Serve any Supervisor - Try Chair 1st.

**Signature of Attorney or other Originator requesting service on behalf of:** [X] PLAINTIFF  [ ] DEFENDANT
**TELEPHONE NUMBER:** 651.238.3445
**DATE:** 8/29/13

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
**Total Process:** 1
**District of Origin No.:** 41
**District to Serve No.:** 41
**Date:** 9.19.13

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Name and title of individual served (if not shown above):** Pike Bay Township Supervisory Clerk Larry D. Glass

**Address (complete only if different than shown above):** Residence Cass Lake, MN

**Date of Service:** 09/30/2013
**Time:** 11:00 am

**REMARKS:**
09/30/2013 See 12-CV-2150 "Joseph Holsapple for total DUSM hours & R/T mileage. TBL
See fees on Joseph Holsapple's 285.

**PRIOR EDITIONS MAY BE USED**    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| **PLAINTIFF** ROGERS K. DAVIS, JR. | **COURT CASE NUMBER** 13-CV-2150 JRT/LIB |
| **DEFENDANT** JOSEPH HOLSAPPLE, JOSEPH ZEBRO, CASS COUNTY, PIKE BAY TWP | **TYPE OF PROCESS** PERSONAL |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ JOSEPH HOLSAPPLE

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
c/o CASS COUNTY SHERIFF'S OFFICE, 303 MINNESOTA AVE., WALKER, MN 56484

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PETER J. NICKITAS
PETER J. NICKITAS LAW OFFICE, LLC
431 S. 7TH ST., SUITE 24A6
P.O. BOX 15221
MINNEAPOLIS, MN 55415-0221

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

CLERK OF COURT HAS ISSUED SUMMONS.
COURT HAS GRANTED IFP STATUS TO PLAINTIFF.
HOME ADDRESS IS LONG BOW TRAIL NW, WALKER, MN 56484

Signature of Attorney or other Originator requesting service on behalf of: /s/ Peter J. Nickitas
☒ PLAINTIFF ☐ DEFENDANT
**TELEPHONE NUMBER** 651-238-3445
**DATE** 29 AUG 13

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 41 | No. 41 | [signature] | 9·19·13 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*
RESIDENCE
LAPORTE, MN

**Date of Service** 09/30/2013  **Time** 12:35 ☒ pm

Signature of U.S. Marshal or Deputy: [signature] Tim Harson

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 550 | 169.50 | ⊘ | 727.50 | ⊘ | 727.50  ⊘ |

**REMARKS:**
09/30/2013 TOTAL DUTY HOURS 10.0 HRS, / TOTAL R/T MILEAGE 300 MILES TH

---

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ROGERS K. DAVIS, JR. | 13-CV-2150 JRT/LIB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JOSEPH HOLSAPPLE, CASS COUNTY, JOSEPH ZEBRO, PIKE BAY TWP. | PERSONAL |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JOSEPH L. ZEBRO (AGE 30, B. 1982)

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PETER J. NICKITAS
PETER J. NICKITAS LAW OFFICE, LLC
431 S. 7TH ST., SUITE 2446
P.O. BOX 15221
MINNEAPOLIS, MN 55415-0221

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 4
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

ALTERNATE ADDRESSES FOR MR. ZEBRO, WHOSE P.O.S.T. LICENSE EXPIRED IN 2012: 5766 LAKE AVE S., TOWER, MN 55790; 905 13TH ST. S., VIRGINIA, MN 55792; ADDRESS IN SOLWAY, MN AS LAST KNOWN TO P.O.S.T. BOARD

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 651.238.3445
DATE: 8/29/13

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 41
District to Serve No. 41
Date: 9.19.13

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): /

Address (complete only if different than shown above):
TARGET PARKING LOT
BEMIDJI, MN

Date of Service: 10/02/2013
Time: 11:45 am

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 385 | 169.80 | 8 | 562.80 | — | 562.80 — |

REMARKS: 10/02/2013 TOTAL DUSM HOURS 7.0 HRS. / TOTAL R/T MILEAGE 300 MILES

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |