# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Roger Davis,<br><br>  Plaintiff,<br><br>v.<br><br>Joseph Holsapple, in his individual capacity acting under color of law as a Cass County Deputy Sheriff, Joseph Zebro, in his individual capacity acting under color of law as a Pike Bay Township police officer, Cass County, Minnesota, a government entity and political subdivision of the state of Minnesota, and Pike Bay Township, a government entity and political subdivision of the state of Minnesota,<br><br>  Defendants. | Court File No.: 13-CV-2150 (JRT/LIB)<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Defendants Joseph Holsapple and Cass County, Minnesota have retained by William J. Everett to substitute as counsel for Daniel P. Kurtz in this case.

Dated: November 6, 2013

  s/William J. Everett
  William J. Everett, No. 207275
  EVERETT & VANDERWIEL, PLLP
  100 Center Drive
  Buffalo, MN 55313
  bill@e-vlaw.com
  (763) 682-9800

Dated:  November 6, 2013        s/Daniel P. Kurtz
                                                        Daniel P. Kurtz, No. 387858
                                                        EVERETT & VANDERWIEL, PLLP
                                                        100 Center Drive
                                                        Buffalo, MN 55313
                                                        dan@e-vlaw.com
                                                        (763) 682-9800